*11750*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PIONEER NAVIGATION LTD.,

                    Plaintiff,

      - against -

STAR SHIPPING A/S,

                  Defendant.
-------------------------------------------------------x

Filed: February 11, 2008

Case No. 08 CV 01323
JUDGE MARRERO

**VERIFIED COMPLAINT**

    Plaintiff, **PIONEER NAVIGATION LTD.**, (hereinafter "**PIONEER**"), by its attorneys, **JUNGE & MELE, LLP**, complaining of the Defendant, **STAR SHIPPING A/S** (hereinafter "**STAR SHIPPING**"), respectfully alleges as follows:

    1.    This is a case of admiralty jurisdiction pursuant to 28 U.S.C. §1333(1), and an action in aid of foreign arbitration pursuant to the Arbitration Act, 9 U.S.C. §1, *et seq.*, and the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §201, *et seq.*, and maritime claim within the meaning of Rules 9(h) and 38(e) of the Federal Rules of Civil Procedure.

    2.    At all times relevant, Plaintiff **PIONEER** was a foreign corporation with a place of business located at The Peek Building, George Street, P.O. Box N 8160, Nassau, Bahamas.

    3.    At all times relevant, Defendant **STAR SHIPPING** was a foreign business corporation, with a place of business located at Fortunen 1, P.O. Box 1088 Sentrum, N-5809 Bergen, Norway.

4.      At all times relevant, **PIONEER**, as disponent owner of the vessel "***TAI SHUN HAI***," time chartered said vessel to **STAR SHIPPING** for one voyage of about 40 to 45 days, commencing between December 27, 2007 and January 5, 2008, from Brazil to Jeddah, Saudi Arabia, with a cargo of sugar in bulk at a charter hire rate of $71,000 per day, payable to **PIONEER** every 15 days, and subject to such other terms and conditions as more fully set forth in the fixture re-cap message dated December 12, 2007, a true copy of which is annexed hereto as *Exhibit "1."*

5.      On or about January 29, 2008, in breach of the charter party provisions stating that representations of the vessel's speed and fuel consumption was given in good faith by **PIONEER** "without guarantee," **STAR SHIPPING** deducted from its hire payment to **PIONEER** the amount of $420,000, based on a claim of under-performance of the vessel.  True copies of messages between the parties confirming **STAR SHIPPING's** continued refusal to remit payment of said charter hire then due and owing is annexed hereto as *Exhibit "2."*

6.      Under the terms of the governing charter party and *pro forma* agreements, disputes between the parties are to resolved in arbitration at London, under English law, and this proceeding is brought in aid of said arbitration, either pending or contemplated.

7.      Under English law, the statement of a vessel's speed and consumption in a time charter description clause which is given "without guarantee" is not a contractual warranty, but is merely a representation of an estimate given in good faith.  *See Losinjska*

v *Valfracht, The Lipa* [2001] 2 Lloyd's Rep 17, as affirmed; and as such, Defendant's deduction of $420,000 from its hire payment to Plaintiff based on a claim of under-performance of the vessel constitutes a breach of a maritime contract.

8.     As best as can now be estimated, Plaintiff expects to recover the following amounts in London Arbitration: on the principal claim, $420,000; on interest, costs and attorney's fees through the end of arbitration in London, $100,000; for a total award amount of $520,000.

9.     Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant is believed to have or will have during the pendency of this action, assets within this District consisting of cash, funds, freight, hire, or credits including but not limited to electronic fund transfers in the hands of garnishees in this District, including but not limited to the following:

1.     Citibank, N.A.

2.     Bank of America, N.A.

3.     Bank of New York

4.     Credit Suisse

5.     JPMorgan Chase Bank

6.     Commerce Bank

7.     HSBC (USA) Bank

8.     BNP Paribas

    9.     ABN AMRO Bank

    10.    Standard Chartered Bank

    11.    UBS, A.G.

    12.    Barclay's Bank

    13.    Wachovia Bank

    14.    Deutsche Bank and/or Deutsche Bank Trust Co. Americas

    15.    American Express Bank

**WHEREFORE,** Plaintiff prays for the following relief:

1. That process in due form of law according to the practice of this Court be issued against Defendants and that Defendants be cited to appear and answer the allegations herein;

2. That, since Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of the Defendant's tangible or intangible property or any other funds held by garnishees including but not limited to the aforementioned garnishees in the District which are due and owing or otherwise the property of Defendant up to the amount of $520,000, to secure Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in this Verified Complaint.

3. That such property attached pursuant to the Processes of Maritime Attachment and Garnishment remain sequestered to serve as security for the payment of Plaintiff's claims as they may be embodied in any award issued out of arbitration in London.

4. That Plaintiff have such other and further and different relief as may be just and proper, including judgment against Defendant, along with interest, costs and disbursements as allowable under law.

Dated in the City of New York on February 8, 2008

        Respectfully submitted,

        JUNGE & MELE, LLP
        *Attorneys for Plaintiff*

        `/S/ PETER A. JUNGE`

        _____
        Peter A. Junge (PJ-0745)
        29 Broadway
        New York, NY 10006
        (212) 269-0061

*11750 Verified Complaint.wpd*

## VERIFICATION

PETER A. JUNGE declares as follows:

1. I am a member of the bar of this Honorable Court and of the firm of Junge & Mele, LLP, attorneys for Plaintiff.

2. I have read the foregoing Complaint and I believe the contents thereof are true.

3. The reason this Verification is made by deponent and not the Plaintiff is that Plaintiff is a foreign corporation with no officers or directors within this jurisdiction.

4. The source of my information and belief are documents provided to me, statements made to me by representatives of Plaintiff, and publicly available documents concerning the Defendants on the internet.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated in the City of New York on February 8, 2008

/S/ PETER A. JUNGE

_____
Peter A. Junge

# Exhibit "1"

```
                             1346391star.TXT
ReplyTo: James Shaw <hrs.hdy@howerobinson.com>
From: James Shaw <hrs.hdy@howerobinson.com>
To: "Atlas NY" <atlasusa@atlasship.com>
Subject: TAI SHUN HAI / STAR SHIPPING
Date: Thu, 13 Dec 2007 16:53:53 +0000


        Howe Robinson Shipbrokers - Handy / Handymax Dept.
London - Hong Kong - Shanghai - Tokyo - Johannesburg - Hamburg

E-mail: hrs.hdy@howerobinson.com
JNS44900239    13/12/2007    16:53:53

GAURAV / JAMES

RE: TAI SHUN HAI / STAR SHIPPING
==

PLEASED TO CONFIRM HAVING FIXED AS FOLL:-

C/P DD 13 DECEMBER 2007

m/v Tai Shun Hai
sdk bulker eb aft
PRC flag blt 1991
47,377mt dwat on 11.724m ssw
tpc loaded 52.83
5 holds/5 hatches
56,987 cubm gr cap in mh
4x25mt cranes
LOA/Beam/Depth Moulded 189.94/32.2/16.6m
Grt/nrt 27,598/15,047
Speed/cons abt 13.0kn on abt 23 mt ifo 380cst plus abt 1.8 mt mdo
all details about and wog

Pls note vsl's full t/c description as follows:

MV.TAISHUNHAI

A.Specifications

  1) Vessels Name: TAI SHUN HAI
  2) Former Name:NIL
  3) Type of vessel:SDBC
  4) Flag:PR CHINA
  5) Shipyard/year and month the vessel was built: OCT 1991
  6) LOA (mtrs):189.94
  7) Beam (mtrs):32.2
  8) Depth moulded (mtrs):16.6
  9) International GRT/NRT:27598/15047
 10) Suez Canal GRT/NRT:27904.6/26608.63
 11) Panama Canal GRT/NRT:28627.02/22121.06
 12) Summer Dwat (mts) on max.summer draft (mtrs):47377/11.724
 13) Winter Dwat (mts) on max. Winter draft(mtrs):46089/11.480
 14) Panama Dwat (mts) on max. Panama Draft (mtrs):NIL
 15) Summer TPC/TPI:52.83
 16) Winter TPC/TPI:52.64
 17) Grain/Bale (cubic breakdown of all compartments in
     cbm):56987/56121
 18) Number of holds, including dimensions (length x breadth): TTL 5
     HOLDS
     no.1 27.2 x 7.8/23
                                Page 1
```

```
                              1346391star.TXT
       no.2 28.0 x 23.0
       no.3 22.4 x 23.0
       no.4 28.0 x 23
       no.5 27.2 x 23.0
   19) Number of hatches, including dimensions:TTL 5 HATCHES
       no.1 16.0x15.0
       no.2 17.6x15.0
       no.3 17.6x15.0
       no.4 17.6x15.0
       no.5 17.6x15.0
   20) Type of Hatch Covers:SIDE ROLLING
   21)
       aa) Flat Tanktop dimensions in mtrs: SEE G/A LATER
       bb) Strength on tanktop per sqm:
           NO.1 AND NO.5: 24MT; NO.2 AND 4:18MT; NO.3:25MT
   22) Strength on Hatch Covers per sqm:17.15KN
   23) Deck space without obstacles: YES
   24)
       aa) Number/Capacity and type of Cranes/Derricks
           ELECTRONIC-HYDRO /4x25mt cranes
       bb) hoisting speed at full work load - half work load - no work
           load: NO RECORD
       cc) slewing speed at full work load - half work load - no work
           load:
           NO RECORD
       dd) topping speed at full work load - half work load - no work
           load:
           NO RECORD
   25) Location of Cranes/Derricks: btwn HOLD.1/2, 2/3, 3/4. 4/5
   26) Vessels Call Sign: BONE
   27) Port of registry and registry no. tianjin/020100389
   28) Vessels classification society: CCS
   29) Vessels Class:csa 5/5 bulk carrier,strengthened for heavy cargoes,
       hold no.2&4 may be empty, ice class b
   30) Validity period of vessels class certificate:
       (copy of vessels class certificate to be faxed to our office)
   31) P+I Club: CPI
       (copy of the Entry Certificate to be faxed to our office)
   32) Distance from waterline to top of hatch coaming
       aa) in heavy ballast condition: ABT 10M
       bb) in light ballast condition:ABT 12.30M
   33) Distance from waterline to highest point
   aa) in heavy ballast condition:40.5M
       bb) in light ballast condition:43M
       cc) in laden conditionDEPEND ON CARGO QTY
   34)
       aa) Distance from tanktop to underside of closed hatch covers:
           ABT17.3M
       bb) Distance from tanktop to underside weatherdeck:ABT15M
       cc) Distance from tanktop to underside tweendeck:NIL
       ee) Distance from tweendeck to underside weatherdeck:NIL
       ff) Distance from top of hopper to underside weatherdeck:ABT 2.6M
       gg) Distance from top of hopper to bottom of wing tanks:ABT 18M
       hh) Distance from ship's rail to inside of hatch coaming:ABT8.7M
       ii) Distance from deck to underside of crane pedestal:ABT 5M
       jj) Distance from deck to top of hatch cover:ABT 3.1M
       kk) Distance from hatch cover to underside of crane-jib:ABT 2M
   35) Vessels full tank capacity in mts for
       aa) IFO:ABT 1600 CBM
       bb) MDO/MGO:ABT 115.2 CBM
       cc) Fresh water:474 CBM
   36) Constants excluding freshwater:ABT 625MT
   37) Quantity of Freshwater on board:RVTG
                              Page 2
```

1346391star.TXT
```
38) Freshwater evaporator?
    If yes please advise daily production in mts: ABT 15MT
39) Are vessel's holds free of obstructions? YES
40) Is vessel suitable for grabdischarge? YES
41) Does the vessel have grabs on board? NO
42) Is the vessel grainfitted? YES
43) Is the vessel CO2 fitted? YES
44) Is the vessel Suez/Pamana Canal fitted? YES
45) Hold ventilation (natural or electric)? NATURAL
46) Vessels ice class/strengthened: CLASS B
47) Does the vessel have australian hold ladders? YES
48) Is the vessel container fitted (if yes please advise container
    capacity)? NO
49) Is the vessel ITF fitted? YES
50) Permanent stanchions on deck?: NO
51) Closed rail?: YES
52) Is the vessel fully logs fitted fitted including all lashing
    materials and stanchions required for a full cargo of logs
    under/on deck? NO
53) Vessel's Telex no.(s):441293710
54) Vessel's Phone no.(s):1570417
55) Vessel's Fax no.(s):1570420
56) Vessel's E-Mail no.(s): NO
57) Vessel's last six cargoes:
58) Vessel's last special survey (when/where and nature of work
    performed):
59) Vessel's last drydock (when/where and nature of work performed):
60) Vessel's casuality and pollution history: NO
    Collisions, Groundings, Pollution,(Oil/Bunker spills and others)
    Fire, Cargo damage etc.over the last two years: NO
61) Has the vessel been arrested in the previous 12 months?: NO
    (if yes please advise details)
62) Last port state control inspection:
63) Hull and machinery insured with:
    Insured value: SEE FAXED CERTI
64) Collision Insurance insured with:
    Insured Value: SEE FAXED CERTI
65) Lay-Up: has vessel been in Lay-Up (when/where/period):NO
66) Warranties:
    aa) Owners warrant that vessel will not be sold for scrap after
        this voyage/period NO
67) Master's name and nationality: /CHINESE
68) Number and nationality of the crew:28 crew and 4 noviciates
69) Please confirm that master and crew are speaking fluent english:
    YES
70) Please advise employment of crew and officer
    (Owner/Manager/Crewing Agency): COSCO TIANJIN CREW MANAGER
==================================================================
1) SPEED AND CONSUMPTION IN FULLY LADEN CONDITION: abt 13.0 kn on
   abT 23mt ifo + 1.8mt mdo
2) SPEED AND CONSUMPTION IN BALLAST CONDITION:abt 13.0 kn on abt
   23mt ifo + 1.8mt mdo
3) ECONOMICAL SPEED AND CONSUMPTION:NO RECORD
4) CONSUMPTION IN PORT:
   AA) GEAR IDLE:1.5mt mdo
   BB) GEAR WORKING 8 HOURS:1.8mt mdo
   CC) GEAR WORKING 24 HOURS:2.6mt mdo
5) BUNKER SPECIFICATIONS:ifo 380cst,rmg35,in accordance with
   iso 8217,96e mdo, dmb, in accordance with iso 8217,96e
==================================================================

1) Name/Address and contactable nos. of registered Owners:
   COSCO BULK CARRIERS CO.,LTD.
                            Page 3
```

```
                                1346391star.TXT
      ROOM 1002 NO.1 OCEAN PLAZA
      HEBEI DISTRICT TIANJIN PR CHINA 300010
  2) Name/Address and contactable nos. of Managers:
      OPERATION DEPT.TEL:+86-22-24206114 FAX:+86-22-24206604
      PIC:CAPT.GAO DACHUAN EMAIL:GAODCH@cosbulk.com
ALL ABOVE ABOUT AND WOG



- Head Owners: Cosco Bulkcarrier Co., Ltd., Tianjin
  Disponent Owners: Pioneer Navigation Ltd., Nassau, Bahamas
- VSL IS ISM AND ISPS CODE COMPLIANT
- VSL IS PNI COVERED AND CLASSED LLOYDS 100A1 OR EQUIV
- VSL IS SDSTBC AND IS SUITABLE FOR GRAB DISCHARGE

FOR

- Account Star Shipping AS, Bergen

- All negotiations and eventual fixture to be strictly P&C

- Delivery dlosp Santos atdnshinc

- Laycan 27 Dec 07 / 05 Jan 08

- one tct via sp(s) sb(s) sa(s) aa awiwl via ECSA int Brazil to
  Saudi Arabia int Jeddah with cargo of sugar in bulk duration abt
  40/45 days wog

- Hire USD 71,000 daily inclot plus USD 1,100,000 gbb

  Hire payable every 15 days in advance. 1st hire plus gbb and bod to
  be paid w/in 03 banking days after dely

- ILOHC USD 4,500.00 lumpsum

- C/V/E USD 1,500.00 per month pro rata

- Redely passing Aden or Suez in owners option atdnshinc

- Bunker clause:
  BOD as onboard est abt 600/700 mt ifo and abt 50/70 mt mdo
  BOR same as on dely

  prices bends USD 480 pmt ifo and USD 800 pmt mdo

- HOLD CONDITION ON ARRIVAL AT FIRST LOADING PORT, THE HOLDS TO BE
  SWEPT CLEAN, DRIED AND FREE FROM RUST SCALE, FREE FROM PREVIOUS
  CARGO RESIDUES AND ODOURLESS, AND IN EVERY RESPECT READY TO RECEIVE
  CHRTS' INTENDED CARGO. IF VSL FAILS ANY SHIPPERS AND/OR AUTHORITIES
  SURVEYS, THEN VSL TO BE OFF-HIRED FROM THE TIME OF FAILURE OF ANY
  SURVEY UNTIL ALL HOLDS HAVE PASSED ALL INSPECTIONS AND/OR SURVEYS

- 3.75 pct adcom plus 1.25 pct Howe Robinson London

- OWISE OWS C/P 'QIN HAI'/ NYK BULKSHIP EUROPE C/P DD 10 AUGUST 2006
  WITH OBVIOUS , NATURAL AMENDMENTS AND FOLL ALTERATIONS:-

LINE 56 - DELETE "30" AND INSERT "20"
          DELETE "20"

CL. 42 - 4TH LINE AFTER "FORMAT" INSERT "SIGNED BY CHRTS ONLY"
                                Page 4
```

```
                              1346391star.TXT
CL. 51 - DELETE

CL. 57 - DELETE "AND CONDITION"

CL. 72 - DELETE IN FULL AND INSERT "NO DRYDOCKING EXCEPT IN CASE
         OF EMERGENCY"

CL. 82 - DELETE

CL. 88 - OWNERS BANKING DETAILS :

         HSBC BANK PLC
         8 LIBRARY PLACE
         SAINT HELIER, JERSEY
         J34 8NJ
         CHANNEL ISLANDS

         SWIFT REFERNCE  :  MIDLGB22
         FOR ACCOUNT OF  :  PIONEER NAVIGATION LTD
         USD ACCOUNT NO  :  67 601 730
         IBAN            :  GB58MIDL40051567601730
         REF             :  Tai Shun Hai/Star


END

MANY THANKS AGAIN FOR THIS FURTHER FIXTURE

BEST REGARDS/JNS
Howe Robinson  - London - Switchboard - 020 7488 3444
James Shaw - Desk - 020 7457 8706 - Mobile - 07767 478180


This e-mail and any attachments are believed to be free from viruses but it is your
responsibility to carry out all necessary virus checks. Howe Robinson Shipbrokers
accepts no liability for any damage caused by any virus transmitted by this e-mail.


.
```

# Exhibit "2"

REF: CP1386834

John/Costas

lwg msg for charterers

Re Mv Tai Shun Hai sub t/c Star Shipping AS, Tcp dated 13 Dec 2007
----

Owners refer to their message dated 29 Jan 08 to which no responce has been received.

++++

Owners acknowledge charts hire statement.

Owners would advise as follows:-

1) Charterers as per above dated tcp are not entitled to deduct any amounts from vessel hire alleging estimated under performance.

2) As per fixture recap dated 13 Dec 2007 vessel was fixed as follows:-

quote


PLEASED TO CONFIRM HAVING FIXED AS FOLL:-

C/P DD 13 DECEMBER 2007

m/v Tai Shun Hai
sdk bulker eb aft
PRC flag blt 1991
47,377mt dwat on 11.724m ssw
tpc loaded 52.83
5 holds/5 hatches
56,987 cubm gr cap in mh
4x25mt cranes
LOA/Beam/Depth Moulded 189.94/32.2/16.6m
Grt/nrt 27,598/15,047
Speed/cons abt 13.0kn on abt 23 mt ifo 380cst plus abt 1.8 mt mdo
all details about and wog

unquote


The mere statement as to ships speed and consumption in a time charter description clause which is given ""without guarantee"" does not even amount to a contractual warranty. It only refers to a representation that the statement is an estimate given in good faith.

Pls refer to the law case "" LIPA"" 2001 2 lloyds rep17.0 which is being reaffirmed by the higher courts.

On this basis owners request immediate refund of US$ 420,000.00 deducted fm hire.

In the meantime owners reserve fully their rights under the above dated c/p.


2/8/2008

Pls acknowledge receipt.

Tks/Brgds
Atlas Shipping Ltd.,
as agents

end

++++++++++++

PGW46630799   31/01/2008   10:18:06

MIKE / PETER

+++

FOLL FRM CHRTS:

TAI SHUN HAI C/P 13.12.07

We acknowledge receipt of your e-mail Jan 30 and would like to comment as follows:

1)
There is no clause in C/P that prohibits us from making deduction from hire related to underperformance and/or partial off-hire.

2)
Although we are aware of the implications of inserting 'without guarantee' in vessel's description, it is a precondition that the estimated speed & consumption figures were given in good faith. In order convince us that this was the case, please provide us with recent performance analysis in laden condition as close as possible to the C/P date. The loss of time so far is of such a magnitude that further investigation is required. Please also instruct Master to forward a fully completed Voyage Report as soon as possible after arrival Jeddah.

We are looking forward to receiving the necessary documentation.

Regards
Star Shipping a.s.


unquote

+++++++++++++++++

Would appreciate if you could place us in a position to reply.

Tks/Brgds
Atlas Shipping Ltd.,
as agents

end



2/8/2008