*11750*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Filed: February 11, 2008

---------------------------------------------------------x

**PIONEER NAVIGATION LTD.**,

                    **Case No.**

            Plaintiff,

    - against -                   **RULE 7.1 NOTICE**

**STAR SHIPPING A/S**,

            Defendant.

---------------------------------------------------------x

    Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **PIONEER NAVIGATION LTD.**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

    Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on February 8, 2008

                                      Respectfully submitted,

                                      JUNGE & MELE, LLP
                                      *Attorneys for Plaintiff*

                                      /S/ PETER A. JUNGE
                                      _____
                                      Peter A. Junge (PJ-0745)
                                      29 Broadway
                                      New York, NY 10006
                                      (212) 269-0061