*11750*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
**PIONEER NAVIGATION LTD.**,

                        **Case No. 08 CV 1323 (Judge Marerro)**

           Plaintiff,

- against -           **NOTICE OF ATTACHMENT
PURSUANT LOCAL ADMIRALTY
RULE B.2**

**STAR SHIPPING A/S**,

           Defendant.
------------------------------------------------------x

Pursuant to the Local Admiralty and Maritime Rule B.1, Plaintiff, **PIONEER NAVIGATION LTD.**, hereby states that it has attached funds of Defendant, **STAR SHIPPING A/S**, in amounts totaling US$ 520,000.00, at Bank of New York Mellon, New York, NY.

Dated in the City of New York on February 13, 2008

                        Respectfully submitted,

                        JUNGE & MELE, LLP
                        *Attorneys for Plaintiff*

                        /s/ Peter A. Junge
                        _____
                        Peter A. Junge (PJ-0745)
                        29 Broadway
                        New York, NY 10006
                        (212) 269-0061

*11750 L. Adm. Rule B.2 Notice of Attachment.doc*