UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
FEB 15 2008
S.D. OF N.Y.

| | |
|---|---|
| Pioneer Navigation Ltd.<br><br>　　　　　　　　Plaintiff,<br><br>-V-<br><br>Star Shipping A/S<br><br>　　　　　　　　Defendants, | **CERTIFICATE OF MAILING**<br><br>08 CV 1323 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of February, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**11th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7914 9959 9525**

*J. Michael McMahon*<br>_____<br>CLERK

Dated: New York, NY



FedEx | Ship Manager | Label 7914 9959 9525 — Page 1 of 1

From: Origin ID: FIDA  (212) 269-0061
Peter Junge
Junge and Mele LLP
29 Broadway
9th Floor
New York, NY 10006
UNITED STATES

Ship Date: 14FEB08
ActWgt: 1 LB
System#: 8504501/INET8011
Account#: S *********

SHIP TO: 47-55-23-96-00    BILL SENDER
Star Shipping A/S
Fortunen 1

Bergen, N5013
NO

REF: 11750-PAJ
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 317120168   D/T: S 317120168
SIGN: Peter Junge
EIN/VAT:

TRK# 7914 9959 9525    INTL ECONOMY   PM
0430

S6 TRDA                N5013
                        -NO
                        OSL

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and well govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Shipping Label: Your shipment is complete. This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.