UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED FEB 15 2008 S.D. OF N.Y.

| | |
|---|---|
| Pioneer Navigation Ltd.<br><br>            Plaintiff,<br><br>         -V-<br><br>Star Shipping A/S<br><br>            Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br><br>08 CV 1323 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**15th day of February, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**11th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7914 9959 9525**

_____
                              CLERK

Dated: New York, NY

