```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
PIONEER NAVIGATION LTD.,           :
                                   :    08 Civ. 1323 (VM)
                Plaintiff,         :
                                   :
    - against -                    :        ORDER
                                   :
STAR SHIPPING A/S,                 :
                                   :
                Defendant.         :
----------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

By Order dated February 11, 2008, the Court granted the application of plaintiff Pioneer Navigation Ltd. authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings since February 25, 2008. At that time the Clerk of Court recorded that defendant received the summons and complaint. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by April 21, 2008 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08
```

**SO ORDERED.**

Dated:   New York, New York
         15 April 2008

                                        _____
                                            VICTOR MARRERO
                                               U.S.D.J.