# JUNGE & MELE, LLP

ATTORNEYS AND COUNSELORS AT LAW
29 BROADWAY
NEW YORK, NY 10006

(212) 269-0061
FAX: (212) 269-0515
MOBILE: (914) 672-4000

ROCKLAND COUNTY OFFICE:
103 VAN HOUTEN FIELDS
WEST NYACK, NY 10994
TEL./FAX: (845) 358-5250

E-MAIL: ATTORNEYS@JUNGE-MELE.COM
WEBSITE: HTTP://WWW.JUNGE-MELE.COM

NEW JERSEY OFFICE:
PAMRAPO FINANCIAL CENTER
595 AVENUE C
BAYONNE, NJ 07002
(201) 823-1000
FAX: (201) 823-3097

April 16, 2008

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: Pioneer Navigation Ltd., v. Star Shipping A/S – 08 CV 1323 (VM)**

Honorable Sir:

This office represents Plaintiff in this Rule B Maritime Attachment and Garnishment action. This letter is being sent in response to the Court's Order of April 15, 2008 requesting a status report on this case.

As the Court notes in its Order, the Defendant received the summons and complaint on February 25, 2008. However, the docket also reflects that prior thereto, on February 13, 2008, Plaintiff filed a Notice of Attachment pursuant to Local Admiralty Rule B.2, which states that it has attached funds of Defendant in the amount of $520,000, the full amount of its claim, at the Bank of New York Mellon.

Based on the attachment, the parties themselves have agreed to establish an Escrow Account in Copenhagen, Denmark, in aid of arbitration in Europe. At present, we are awaiting confirmation that the Escrow Account has been funded. Once that occurs, Plaintiff will immediately file a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a).

As such, Plaintiff requests that the Court grant an additional month to allow the above to be completed.

Respectfully yours,
JUNGE & MELE, LLP

Peter A. Junge (PJ-0745)

*11750 Letter to Judge Marrero 4-16-08.wpd*