*11750*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PIONEER NAVIGATION LTD.,

                    Plaintiff,

- against -

STAR SHIPPING A/S,

                    Defendant.
-----------------------------------------------------------x

Case No.  08 CV 1323
(Judge Marrero)

NOTICE OF DISMISSAL
PURSUANT TO FED. R. CIV. P 41(A)
WITH ORDER

**PLEASE TAKE NOTICE** that there being no appearance or answer by Defendant, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on April 22, 2008

                    Respectfully submitted,

                    JUNGE & MELE, LLP
                    *Attorneys for Plaintiff*

                    Peter A. Junge (PJ-0745)
                    29 Broadway
                    New York, NY 10006
                    (212) 269-0061

IT IS SO ORDERED 22 April 2008

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

Dated:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08